UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In re:                                                                          Case No. 17-77757-reg

    Sabrina Dobbs,

                                                     Chapter 13

            Debtor.
-------------------------------------------------------X

## Order Denying Motion Objecting to Claim

For the reasons set forth in the Memorandum Decision dated January 7, 2019, the Debtor's motion objecting to proof of claim No. 1 filed by Wells Fargo is denied.



Dated: Central Islip, New York
       January 7, 2019

                                                                          Robert E. Grossman
                                                       United States Bankruptcy Judge